SECOND DEPARTMENT, MARCH, 1973

(March 1, 1973)

■ In the Matter of THOMAS W. FLECKENSTEIN, an Attorney and Counselor at Law.— Thomas W. Fleckenstein, Esq., an attorney and counselor at law, who was admitted as such by this court on March 31, 1954, has submitted to this court (1) his signed paper, notarized on February 26, 1973, stating that he thereby resigns as an attorney and counselor at law and requests that his name be struck from the roll of attorneys and counselors at law, together with his supporting affidavit dated February 23, 1973. Resignation accepted effective immediately, and directed to be filed. Petitioner's name is ordered struck from the roll of attorneys and counselors at law entitled to practice law in this State. Rabin, P. J., Hopkins, Munder, Martuscello and Shapiro, JJ., concur.

(March 5, 1973)

■ ROBERT ALMEIDA, Appellant, v. TOWN OF EASTCHESTER et al., Respondents, and WILLIAM MOLLO et al., Defendants.— Appeal by plaintiff, as limited by his brief, (1) from so much of an order of the Supreme Court, Westchester County, dated October 3, 1972, as (a) granted separate cross motions by defendants Town of Eastchester and Village of Tuckahoe for summary judgment dismissing the complaint and severance of the action, as to them, and (b) did not grant plaintiff further disclosure from said defendants; (2) from a judgment of the same court entered November 30, 1972 in favor of said village upon said order; and (3) from a purported judgment of the same court claimed to have been entered October 17, 1972. Order affirmed insofar as appealed from and judgment entered November 30, 1972 affirmed. No opinion. Appeal from purported judgment claimed to have been entered October 17, 1972 dismissed. Neither the record nor the filed papers contain such a judgment. One bill of $20 costs and disbursements is awarded jointly to respondents against appellant Robert Almeida to cover all the appeals. Hopkins, Acting P. J., Gulotta, Christ, Brennan and Benjamin, JJ., concur.